Nos. 887 and 888. BOTANY WORSTED MILLS *v.* NATIONAL LABOR RELATIONS BOARD. May 17, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for

the Third Circuit denied. *Mr. Frederic R. Sanborn* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts,* and *Ernest A. Gross,* and *Miss Ruth Weyand* for respondent.